

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-20-00229-CV

## IN RE RESA VACO AND TAMMY VACO

_____

## Original Proceeding

## From the 12th District Court
## Walker County, Texas
## Trial Court No. 1728450

## ABATEMENT ORDER

Resa and Tammy Vaco seek mandamus relief to compel Respondent, the Honorable Donald Kraemer of the 12th District Court of Walker County, to vacate a discovery order compelling a second deposition of their expert witness and the production of the expert's financial records.

After this original proceeding was filed, Judge Kraemer retired and ceased to hold office as the Judge of the 12th District Court. Judge Kraemer's successor is the Honorable David Moorman. Rule 7.2 (b) of the Rules of Appellate Procedure provides that in the case of an original proceeding, the appellate court must abate the proceedings to allow a

successor to reconsider the original party's decision. *See In re Blevins*, 480 S.W.3d 542 (Tex. 2013). We therefore grant the parties sixty days from the date of this Order to present for review, to the Honorable David Moorman, the order compelling a second deposition of the expert witness and the production of the expert's financial records.

Judge Moorman is not limited to a review of the evidence before Judge Kraemer. Judge Moorman may conduct a hearing on Real Party in Interest Jayne Schulte's motion to compel deposition answers and independently decide that motion based on evidence presented at the hearing. Should Relator not provide this Court with a ruling from Judge Moorman within ten days from the date of his ruling, the petition for mandamus will be dismissed.

PER CURIAM

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Appeal abated
Order issued and filed January 13, 2021
[OT06]

